In the Matter of ARTHUR GERMANSKY, Petitioner, v. JOSEPH P. KELLY, as Commissioner of Motor Vehicles of the State of New York, Respondent.— On call of calendar, respondent's motion to dismiss proceeding granted, without costs, and proceeding dismissed, no record having been filed and there being no appearance for petitioner. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Brennan, JJ., concur.

## (October 10, 1960)

AMITY ASSOCIATES, INC., Appellant, v. AMITY FARMS SHOPPING CENTER, INC., Respondent, and SAMUEL J. WISHNER, Impleaded-Defendant-Appellant.— Motion for leave to appeal to the Court of Appeals denied. Nolan, P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

MARILYN BECK, Respondent, v. JAMES BECK, Appellant.— Motion by appellant to withdraw his appeal from an order of the Supreme Court, Westchester County, entered May 5, 1960, granting temporary alimony and counsel fees. Motion granted by default, without costs. Nolan, P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

ROBERT H. BURACK et al., Appellants, v. HAROLD T. GARRITY et al., Respondents.— Motion by appellants for a stay of all proceedings in the action including examination of plaintiffs before trial granted, on condition that appellants argue or submit the appeals at the November term, beginning October 31, 1960. The appeals are ordered on the calendar for said term. The record and appellants' brief must be served and filed on or before October 20, 1960. Nolan, P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

GEORGE H. DAVIS, Plaintiff, v. BAIRD HODGKINSON et al., Defendants. JAMES P. McPHILOMY, Plaintiff, v. BAIRD HODGKINSON et al., Defendants. LESTER KESSLER, Appellant, et al., Plaintiff, v. BAIRD W. HODGKINSON, Respondent.— Pursuant to stipulation, order entered September 19, 1960, dismissing appeal, vacated. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.